# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| Herbalist & Alchamist, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Alurent Products, Inc. and Will Clarent<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-cv-9204<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
        Will Clarent
        3565 South Las Vegas Boulevard, Suite 392
        Las Vegas, Nevada 89109

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Monica McCabe, Esq.
        Phillips Nizer LLP
        666 Fifth Avenue, 28 FL
        New York, NY 10103
        (212) 977-9700

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                              *CLERK OF COURT*

Date: _____
                                                                                                *Signature of Clerk or Deputy Clerk*