Monica McCabe
mmccabe@phillipsnizer.com
Kathryn T. Lundy
klundy@phillipsnizer.com
Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103-0084
Tel: (212) 977-9700
Fax: (212) 262-5152
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

HERBALIST & ALCHEMIST, INC().

                                      Plaintiff,

    - against -

ALURENT PRODUCTS, INC. and WILL CLARENT,

                                      Defendants.

------------------------------------------------------------------- x

Civil No. 16-cv09204-ER

**REQUEST FOR CERTIFICATE OF DEFAULT**

**TO:   RUBY J. KRAJICK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK**

Please enter the default of Defendants ALURENT PRODUCTS, INC. and WILL CLARENT, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1 of the United States District Court Southern District of New York for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Monica Petraglia McCabe.

Dated: New York, New York
         January 26, 2017

                                                         PHILLIPS NIZER LLP

                                                         By:   /s/ Monica Petraglia McCabe
                                                                 Monica Petraglia McCabe
                                                          A Member of the Firm
                                                          666 Fifth Avenue
                                                          New York, NY 10103
                                                          (212) 841-0713
                                                          mmccabe@phillipsnizer.com

                                                          *Attorneys for Plaintiff*

1296366.3