USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/26/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERBALIST & ALCHEMIST, INC.,

                Plaintiff,

– against –

ALURENT PRODUCTS, INC. and WILL CLARENT,

                Defendants.

**ORDER**

16 Civ. 9204 (ER)

RAMOS, D.J.:

On January 24, 2017 the Court mistakenly issued an Order denying Plaintiff's request for a Certificate of Default. (Doc. 17) Accordingly, the Court vacates the Order.

It is SO ORDERED.

Dated: January 26, 2017
       New York, New York

                              EDGARDO RAMOS, U.S.D.J.