```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/15/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

HERBALIST & ALCHEMIST, INC.

                           Plaintiff,

- against -

ALURENT PRODUCTS, INC. and WILL CLARENT,

                           Defendants.

------------------------------------------------------------------ x

Civil No. 16-cv09204-ER

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

Upon the Declaration of Monica P. McCabe dated February 13, 2017, the Affidavit of Elizabeth Lambert dated February 10, 2017, the exhibits annexed thereto, the accompanying Memorandum of Law, the Complaint and all of the relevant papers and pleadings on file with the Court in this matter, it is

**ORDERED** that the above named defendants show cause before this Court, at Courtroom 619, United States Courthouse, 40 Foley Square, New York, NY 10007-1312 on _March 8_, 2017 at _10_ o'clock in the _A.M._, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(a) and (b)(2) of the Federal Rules of Civil Procedure for entry of default judgment against Defendants Alurent Products, Inc. and Will Clarent; and it is further

**ORDERED** that service by Federal Express or Express Mail of a copy of this order, together with the papers upon which it is granted, be served upon the Defendants on or before _Feb. 21_, 2017 by _5_ o'clock in the _P.M._ and that such service be deemed good and sufficient.

Dated: New York, New York
        _Feb. 14, 2017_

                                                               EDGARDO RAMOS
                                                   United States District Judge

1297731.1