# Exhibit E

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 163802
JUNE 15, 2016

FED. ID #13-116710()

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2016

CLIENT NUMBER: 86977.00002
TRADEMARKS

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 05/10/16 | TELEPHONE CONFERENCE AND EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED REDACTED REVIEW USPTO WEBSITE AND REDACTED INFRINGING WEBSITE | MPM | .70 | 332.50 |
| 05/19/16 | EMAIL CORRESPONDENCE B. LAMBERT, C&D LETTER; OFFICE CONFERENCE S. PIERRE REDACTED REDACTED | MPM | .50 | 237.50 |
| 05/20/16 | REVIEW OF CLIENTS/INFRINGERS WEBSITES, DRAFT CEASE AND DESIST LETTER (1.1 HRS - NO CHARGE) | SNP | 2.30 | 862.50 |
| 05/30/16 | REVISE C&D LETTER (.30 HRS - NO CHARGE) | MPM | .30 | 142.50 |

| DATE | SERVICES | | ATTORNEY | HOURS | VALUE |
|------|----------|--|----------|-------|-------|
| 05/31/16 | FINALIZE AND SEND REDACTED TO B. LAMBERT | | MPM | .30 | 142.50 |
| | | | | | $1,717.50 |
| | TOTAL SERVICES | | | | |
| | LESS DISCOUNT | | | | (142.50) |
| | NET SERVICES | | | | $1,575.00 |

SUMMARY

CURRENT FEES                                           $1,717.50

LESS DISCOUNT                                           (142.50)

CURRENT FEES AND DISBURSEMENTS                            $0.00

TOTAL BALANCE DUE                                      $1,575.00

PAYMENT DUE UPON RECEIPT

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 163802
JUNE 15, 2016

FED. ID #13-1167100

## REMITTANCE ADVICE

CLIENT NUMBER: 86977.00002
TRADEMARKS

| | |
|---|---:|
| CURRENT FEES | $1,717.50 |
| LESS DISCOUNT | (142.50) |
| CURRENT DISBURSEMENTS | $0.00 |
| TOTAL BALANCE DUE | $1,575.00 |

KINDLY RETURN WITH REMITTANCE

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 164451
JULY 15, 2016

FED. ID #13-1167100

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2016

    CLIENT NUMBER: 86977.00002
    TRADEMARKS

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 06/01/16 | EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED EMAIL CORRESPONDENCE S. PIERRE RE REDACTED | MPM | .30 | 142.50 |
| 06/01/16 | ONLINE RESEARCH | SNP | .90 | 337.50 |
| 06/02/16 | SEND C&D LETTER TO ALURENT AND BIOPRIORITYS; EMAIL CORRESPONDENCE B. LAMBERT REDACTED | MPM | .20 | 95.00 |
| 06/02/16 | OFFICE CONFERENCE M. MCCABE; RESEARCH RE REDACTED | SNP | .50 | 187.50 |
| 06/21/16 | EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED CHECK STATUS OF HERBALALCHEMIST MARK AND ONLINE ACTIVITY | MPM | .40 | 190.00 |
| 06/24/16 | TELEPHONE CONFERENCE AND EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED REDACTED TELEPHONE CONFERENCE AND EMAIL CORRESPONDENCE INVESTIGATOR REDACTED REDACTED REDACTED SEND INFORMATION TO REDACTED | MPM | 1.00 | 475.00 |

                                    TOTAL SERVICES                    $1,427.50

| DISBURSEMENTS | VALUE |
|---|---|
| POSTAGE | 12.94 |
| TOTAL DISBURSEMENTS | $12.94 |

DISBURSEMENTS ARE COMPILED FROM THOSE POSTED ON OUR RECORDS TO THE END OF THE
BILLING PERIOD. ANY DISBURSEMENTS APPLICABLE TO THIS PERIOD, BUT WHICH ARE
SUBSEQUENTLY POSTED, WILL BE BILLED FOR SEPARATELY.

### SUMMARY

| | |
|---|---|
| CURRENT FEES | $1,427.50 |
| CURRENT DISBURSEMENTS | 12.94 |
| CURRENT FEES AND DISBURSEMENTS | $1,440.44 |
| TOTAL BALANCE DUE | $1,440.44 |

PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 164451
JULY 15, 2016

FED. ID #13-1167100

## REMITTANCE ADVICE

CLIENT NUMBER: 86977.00002
TRADEMARKS

| | |
|---|---:|
| CURRENT FEES | $1,427.50 |
| CURRENT DISBURSEMENTS | 12.94 |
| | $1,440.44 |
| TOTAL BALANCE DUE | |

KINDLY RETURN WITH REMITTANCE

PHILLIPS NIZER LLP

866 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 165692
SEPTEMBER 14, 2016

FED. ID #13-1167100

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2016

CLIENT NUMBER: 86977.00002
TRADEMARKS

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 07/06/16 | REVIEW REDACTED REPORT; EMAIL CORRESPONDENCE REDACTED REDACTED | MPM | .50 | 237.50 |
| 07/11/16 | EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED CHECK LINK RE CURRENT APPLICATION | MPM | .40 | 190.00 |
| 07/12/16 | TELEPHONE CONFERENCE B. LAMBERT RE REDACTED REDACTED OFFICE CONFERENCE S. PIERRE RE REDACTED ; LETTER TO B. LAMBERT REDACTED REDACTED | MPM | .60 | 285.00 |
| 07/12/16 | OC W/MONICA MCCABE RI REDACTED DRAFT FOLLOW UP LETTER, READ DOCUMENTS RECEIVED | SNP | 1.30 | 487.50 |
| 07/14/16 | REVISE AND SEND FOLLOW-UP C&D TO ALURENT AND REGISTERED AGENT REDACTED | MPM | .40 | 190.00 |
| 08/04/16 | DRAFT-EMAIL TO MONICA MCCABE RE REDACTED | SNP | .20 | 75.00 |

TOTAL SERVICES

$1,465.00

| DISBURSEMENTS | VALUE |
|---|---|
| PHOTOCOPYING | 2.60 |
| POSTAGE | 6.47 |
| FEDERAL EXPRESS | 42.33 |
| TOTAL DISBURSEMENTS | $51.40 |

DISBURSEMENTS ARE COMPILED FROM THOSE POSTED ON OUR RECORDS TO THE END OF THE
BILLING PERIOD. ANY DISBURSEMENTS APPLICABLE TO THIS PERIOD, BUT WHICH ARE
SUBSEQUENTLY POSTED, WILL BE BILLED FOR SEPARATELY.

## SUMMARY

| | |
|---|---|
| CURRENT FEES | $1,465.00 |
| CURRENT DISBURSEMENTS | 51.40 |
| CURRENT FEES AND DISBURSEMENTS | $1,516.40 |
| PREVIOUS OUTSTANDING BALANCE DUE | $12.94 |
| TOTAL BALANCE DUE | $1,529.34 |

PAYMENT DUE UPON RECEIPT

PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 165692
SEPTEMBER 14, 2016

FED. ID #13-1167100

## REMITTANCE ADVICE

CLIENT NUMBER: 86977.00002
            TRADEMARKS

| | |
|---|---|
| CURRENT FEES | $1,465.00 |
| CURRENT DISBURSEMENTS | 51.40 |
| CURRENT FEES AND DISBURSEMENTS | $1,516.40 |
| PREVIOUS OUTSTANDING BALANCE DUE | 12.94 |
| | $1,529.34 |
| TOTAL BALANCE DUE | |

KINDLY RETURN WITH REMITTANCE

NIZER

666 Fifth Avenue
New York, NY 10103-0084
212 977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 166964
NOVEMBER 11, 2016

FED ID #13-1167100

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2016

CLIENT NUMBER: 86977.00002
TRADEMARKS

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 10/05/16 | EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED (NO CHARGE) | MPM | .00 | .00 |
| 10/17/16 | TELEPHONE CONFERENCE AND EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED IN REDACTED REVIEW STATUS OF "HERBAL ALCHEMY" MARK | MPM | .30 | 142.50 |
| 10/19/16 | EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED BEGIN DRAFTING COMPLAINT AGAINST ALLURENT; REVIEW LETTER TO REDACTED REDACTED IN CONNECTION WITH SAME | MPM | 1.40 | 665.00 |

$807.50

TOTAL SERVICES

SUMMARY

| | |
|---|---|
| CURRENT FEES | $807.50 |
| CURRENT DISBURSEMENTS | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | $807.50 |
| TOTAL BALANCE DUE | $807.50 |

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 166864
NOVEMBER 11, 2016

FED. ID #13-1167100

## REMITTANCE ADVICE

CLIENT NUMBER: 86977.00002
          TRADEMARKS

| | |
|---|---|
| CURRENT FEES | $807.50 |
| CURRENT DISBURSEMENTS | 0.00 |
| TOTAL BALANCE DUE | $807.50 |

KINDLY RETURN WITH REMITTANCE

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 167561
DECEMBER 15, 2016

FED. ID #13-1167100

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2016

CLIENT NUMBER: 86977.00003
ALURENT LITIGATION

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 11/02/16 | CONTINUE DRAFTING COMPLAINT; REVIEW NY STATUTES RE DECEPTIVE PRACTICES AND FALSE ADVERTISING | MPM | 3.40 | 1,615.00 |
| 11/03/16 | REVISE COMPLAINT | MPM | .40 | 190.00 |
| 11/04/16 | REVISE COMPLAINT; ADD N.Y. UNFAIR COMPETITION AND CYBERPIRACY CLAIMS; CHECK REDACTED SAME; EMAIL CORRESPONDENCE E. LAMBERT RE REDACTED REDACTED ADD ADDITIONAL REQUESTS FOR RELIEF | MPM | 3.20 | 1,520.00 |
| 11/07/16 | FURTHER REVISE COMPLAINT (1.2 HRS - NO CHARGE) | MPM | 1.20 | 570.00 |
| 11/09/16 | FINALIZE AND SEND DRAFT COMPLAINT TO REDACTED REDACTED | MPM | .80 | 380.00 |
| 11/15/16 | REVIEW COMMENTS TO DRAFT COMPLAINT FROM REDACTED EMAIL CORRESPONDENCE B. REDACTED LAMBERT | MPM | .40 | 190.00 |
| 11/16/16 | TELEPHONE CONFERENCE B. LAMBERT RE REDACTED REVISE COMPLAINT | MPM | .70 | 332.50 |
| 11/17/16 | CONTINUE REVISING COMPLAINT | MPM | .40 | 190.00 |
| 11/18/16 | MAKE ADDITIONS AND CORRECTIONS TO COMPLAINT; REVIEW WEBSITE INFORMATION REDACTED REDACTED | MPM | 2.30 | 1,092.50 |
| 11/21/16 | FINALIZE AND REDLINE REVISED COMPLAINT; EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED | MPM | .50 | 237.50 |
| 11/22/16 | EMAIL CORRESPONDENCE B. LAMBERT, A. YOUNG RE REDACTED (.5 HRS - NO CHARGE) | MPM | .50 | 237.50 |
| 11/28/16 | REVIEW AND COMPARE COMMENTS REDACTED REDACTED REVISE AND FINALIZE COMPLAINT, RULE 7.1 STATEMENT, SUMMONS, CIVIL ACTION COVER SHEET; TELEPHONE CONFERENCE AND EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED CONFERENCES B. MILLER RE PREPARING AND | MPM | 2.60 | 1,235.00 |

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| | REDACTED<br>REVISING                  REVIEW<br>INFORMATION RE FILING    REDACTED<br>REDACTED       : TELEPHONE CONFERENCE<br>                        REDACTED<br>MANAGING CLERK RE | | | |
| 11/28/16 | PREPARE SUMMONS AND UPDATE COMPLAINT, PREPARE CIVIL COVER SHEET, RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND SCAN ALL DOCUMENTS FOR EFILING.  DISCUSS REDACTE<br>        REDACTED      WITH M. MCCABE<br>AND D. DORE, MULTIPLE CALLS TO THE COURT<br>CLERK AND PREPARE     REDACTED | BRM | 4.10 | 984.00 |
| 11/29/16 | REVISE CIVIL ACTION COVER SHEET AND<br>SUMMONS; PREPARE AND REVISE REPORT REDACTED<br>              REDACTED<br>REDACTED     EMAIL CORRESPONDENCE B. MILLER<br>RE         REDACTED<br>REDACTED     EMAIL CORRESPONDENCE E.<br>LAMBERT RE       REDACTED<br>REDACTED   PREPARE LETTER OF PROTEST TO<br>U.S.P.T.O. | MPM | 2.40 | 1,140.00 |
| 11/29/16 | UPDATE COMPLAINT, SUMMONS, CORPORATE DISCLOSURE STATEMENT, AND CIVIL COVER SHEET, SCAN AND NAME DOCUMENTS, FORM AO-120, AND E-FILE DOCUMENTS. CALL COURT RE FILING AND THE TRADEMARK COMMISSION. ($500 - NO CHARGE) | BRM | 4.80 | 1,152.00 |
| 11/30/16 | REVIEW SUBPOENAS EXECUTED BY CLERK; EMAIL<br>CORRESPONDENCE MANAGING CLERK RE REDACTED<br>REDACTED    EMAIL CORRESPONDENCE H. MINTZ<br>RE    REDACTED     REVIEW NOTICES FROM<br>COURT RE FILINGS | MPM | .50 | 237.50 |

|  |  |  |
|---|---|---|
| TOTAL SERVICES | | $11,303.50 |
| LESS DISCOUNT | | (1,307.50) |
| NET SERVICES | | $9,996.00 |

SUMMARY

| | |
|---|---:|
| CURRENT FEES | $11,303.50 |
| LESS DISCOUNT | (1,307.50) |
| CURRENT DISBURSEMENTS | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | $9,996.00 |
| TOTAL BALANCE DUE | $9,996.00 |

PAYMENT DUE UPON RECEIPT

PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 167561
DECEMBER 15, 2016

FED. ID #13-1167100

## REMITTANCE ADVICE

CLIENT NUMBER: 86977.00003
ALURENT LITIGATION

| | |
|---|---|
| CURRENT FEES | $11,303.50 |
| LESS DISCOUNT | (1,307.50) |
| CURRENT DISBURSEMENTS | 0.00 |
| TOTAL BALANCE DUE | $9,996.00 |

KINDLY RETURN WITH REMITTANCE

PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 160129
JANUARY 25, 2017

FED. ID #13-1167100

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2016

    CLIENT NUMBER: 86977.00003
    ALURENT LITIGATION

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 11/30/16 | REVIEW COMPLAINT AGAINST ALURENT, DRAFT LETTER OF PROTEST AGAINST REGISTRATION OF HERBALCHEMIST TRADEMARK, INITIAL PREPARATION OF ELECTRONIC SUBMISSION OF LETTER OF PROTEST. | HM | 1.80 | 450.00 |
| 12/01/16 | FINALIZE FOR FILING LETTER OF PROTEST; OFFICE CONFERENCE H. MINTZ RE REDACTED | MPM | .50 | 237.50 |
| 12/01/16 | FILE LETTER OF PROTEST WITH USPTO AGAINST REGISTRATION OF APPLICATION FOR HERBALCHEMIST TRADEMARK. | HM | .80 | 200.00 |
| 12/02/16 | EMAIL CORRESPONDENCE E. LAMBERT RE REDACTED ; CHECK STATUS OF REDACTED | MPM | .90 | 427.50 |
| 12/05/16 | EMAIL CORRESPONDENCE D. DORE RE REDACTED REDACTED | MPM | .20 | 95.00 |
| 12/08/16 | REVISE STATEMENT REDACTED EMAIL CORRESPONDENCE B. LAMBERT RE REDACT REDACTED TELEPHONE CONFERENCE SERVICO RE ISSUES REDACTED REDACTED | MPM | 1.20 | 570.00 |
| 12/09/16 | TELEPHONE CONFERENCE MANAGING CLERK RE REDACTED TELEPHONE CONFERENCE E. LAMBERT RE REDACTED REDACTED OFFICE CONFERENCE B. FISHKIN RE REDACTED | MPM | 1.30 | 617.50 |

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 12/12/16 | EMAIL CORRESPONDENCE MANAGING CLERK RE REDACTED REDACTED OFFICE CONFERENCE K. LUNDY RE REDACTED REDACTED | MPM | .50 | 237.50 |
| 12/12/16 | EMAIL CORRESPONDENCE B. LAMBERT RE REDACTED REDACTED | MPM | .20 | 95.00 |
| 12/12/16 | REVIEW COMPLAINT AND OFFICE CONFERENCE M. MCCABE RE: REDACTED REDACTED | KTL | .50 | 220.00 |
| 12/13/16 | EMAIL CORRESPONDENCE MANAGING CLERK RE REDACTED EMAIL CORRESPONDENCE E. LAMBERT RE REDACTED | MPM | .30 | 142.50 |
| 12/16/16 | RESEARCH RE: REDACTED BY REDACTED REDACTED AND DRAFT MEMO RE: SAME; AND PRESERVE ONLINE RECORDS RE: SAME. | KTL | 2.70 | 1,188.00 |
| 12/21/16 | EMAIL CORRESPONDENCE K. LUNDY RE MEMO REDACTED | MPM | .20 | 95.00 |
| 12/21/16 | RESEARCH ONLINE MEDIA FOR HERBAL ALCHEMIST AND PREPARE MEMO RE: REDACTED REDACTED | KTL | .50 | 220.00 |
| 12/22/16 | REVIEW MEMO RE REDACTED REDACTED EMAIL CORRESPONDENCE E. LAMBERT RE REDACTED REDACTED | MPM | .50 | 237.50 |
| 12/22/16 | EMAIL W/ CLIENT RE: REDACTED | KTL | .10 | 44.00 |
| 12/23/16 | EMAIL W/ CLIENT RE: REDACTED REDACT CONTENT ONLINE. | KTL | .10 | 44.00 |
| 12/27/16 | SEARCH FOR AND RETRIEVE WEB PAGES OF REDACTED NAME AND TRADEMARK POLICY AND PROCEDURES. REDACTED | KMG | 3.50 | 962.50 |
| 12/28/16 | CONTINUE TO SEARCH FOR REDACTED PRINT REDACTED REDACTED REDACTED; DETAILED EMAIL TO K. LUNDY RE STATUS OF REDACTED | KMG | 1.50 | 412.50 |
| 12/29/16 | FINALIZE SEARCH; PRINT REDACTED ASSEMBLE SEND TO K. LUNDY | KMG | 1.00 | 275.00 |

|  | |
|---|---:|
| TOTAL SERVICES | $6,771.00 |
| LESS DISCOUNT | (1,445.00) |
| NET SERVICES | $5,326.00 |

| DISBURSEMENTS | VALUE |
|---|---|
| ATTORNEY SERVICES - CORPORATE SERVICE BUREAU - 12/15/16 | 175.00 |
| TOTAL DISBURSEMENTS | $175.00 |

DISBURSEMENTS ARE COMPILED FROM THOSE POSTED ON OUR RECORDS TO THE END OF THE BILLING PERIOD. ANY DISBURSEMENTS APPLICABLE TO THIS PERIOD, BUT WHICH ARE SUBSEQUENTLY POSTED, WILL BE BILLED FOR SEPARATELY.

## SUMMARY

| | |
|---|---:|
| CURRENT FEES | $6,771.00 |
| LESS DISCOUNT | (1,445.00) |
| CURRENT DISBURSEMENTS | 175.00 |
| CURRENT FEES AND DISBURSEMENTS | $5,501.00 |
| TOTAL BALANCE DUE | $5,501.00 |

PAYMENT DUE UPON RECEIPT

PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 168129
JANUARY 25, 2017

FED. ID #13-1167100

## REMITTANCE ADVICE

CLIENT NUMBER: 86977.00003
ALURENT LITIGATION

| | |
|---|---:|
| CURRENT FEES | $6,771.00 |
| LESS DISCOUNT | (1,445.00) |
| CURRENT DISBURSEMENTS | 175.00 |
| TOTAL BALANCE DUE | $5,501.00 |

KINDLY RETURN WITH REMITTANCE

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 168334
FEBRUARY 7, 2017

FED. ID #13-1167100

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2017

CLIENT NUMBER: 86977.00003
ALURENT LITIGATION

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 01/03/17 | CHECK  REDACTED FILED; EMAIL CORRESPONDENCE B. LAMBERT RE REDACTE .30 HRS - NO CHARGE) | MPM | .30 | 142.50 |
| 01/06/17 | OFFICE CONFERENCE K. LUNDY RE  REDACTED REDACTED  REDACTED REVIEW  REDACTED EMAIL CORRESPONDENCE B. LAMBERT REDACTED | MPM | .80 | 380.00 |
| 01/06/17 | S/C W/ MM RE:  REDACTED REDACTED | KTL | .20 | 91.00 |
| 01/09/17 | DRAFT, REVIEW AND REVISE FORM TAKEDOWN NOTICE RE:  REDACTED | KTL | .40 | 182.00 |
| 01/10/17 | REVISE FORM TAKEDOWN NOTICES REDACTE  REDACTED  EMAIL CORRESPONDENCE K. LUNDY RE  REDACTED | MPM | .60 | 285.00 |
| 01/10/17 | EMAIL CORRESP W/ KL RE STATUS OF REDACTED  RVW MATERIALS  REDACTED REDACTED | KMG | 3.00 | 870.00 |

REDACTED  EMAIL MEMOREDACTE EMAIL AND O/C
W/ KL RE INSTRUCTIONS  REDACTED
REDACTED
REDACTED  ; BEGIN  REDACTED
INFRINGEMENT POLICY PROCESS AND FORWARD
REDACTED  FOLLOW UP RE STATUS.

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 01/11/17 | RVW TM INFRINGEMENT REDACTED REDACTED INSERT INFORMATION REDACTED PRINT OR SCREENSHOT REDACTED TO REDACTED | KMG | 2.50 | 725.00 |
| 01/12/17 | CONTINUE TO INSERT DETAILS INTO REDACTED REDACTED REDACTED PRINT AND SCAN SAME AND FORWARD REDACTED REDACTE FOLLOW UP. | KMG | 1.20 | 348.00 |
| 01/13/17 | REVIEW AND REVISE REDACTED REDACTED AND S/C W KG RE: REDACT AND EMAIL MM RE:REDACTE | KTL | .50 | 227.50 |
| 01/17/17 | DRAFT, REVIEW AND REVISE AFFIDAVIT AND REQUEST FOR CERTIFICATE OF DEFAULT AND REVIEW REDACTED DEFAULT JUDGMENT AND EMAIL M. MCCABE RE: REDACTED | KTL | 1.70 | 773.50 |
| 01/17/17 | RVW REDACTED WEBSITE TM INFRINGEMENT COMPLAINT FORMS; RECREATE COMPLAINT FORMS REDACTED REDACTED PRINT, ASSEMBLE AND FORWARD ALL TO KL REDACTED | KMG | 2.80 | 812.00 |
| 01/18/17 | EMAIL CORRESPONDENCE K. LUNDY RE REDACTED REDACTED | MPM | .20 | 95.00 |
| 01/18/17 | REVIEW AND FINALIZE REDACTED NOTICES REDACT ED REDACTED | KTL | .70 | 318.50 |
| 01/19/17 | REVISE AND SEND TO B. LAMBERT REDACTED FOR REDACTED REDACTED ; TELEPHONE CONFERENCE B. LAMBERT RE REDACTED REDACTED OFFICE CONFERENCE K. LUNDY RE REDACTED ; REVIEW REDACTED REDAC NOTICES | MPM | 1.80 | 855.00 |
| 01/19/17 | REVIEW AND REVISE CERTIFICATE OF DEFAULT AND EMAIL W/ D. DORE RE: REDACTED AND EMAIL CLIENT RE: REDACTED REDACTED (.50 HRS - NO CHARGE) | KTL | .50 | 227.50 |
| 01/20/17 | FINALIZE REQUEST FOR CERTIFICATE OF DEFAULT; EMAIL CORRESPONDENCE E. LAMBERT RE REDACT EMAIL CORRESPONDENCE K. LUNDY RE ED REDACTED | MPM | .60 | 285.00 |
| 01/20/17 | REVIEW REDACTED REDACTED STRATEGY RE: REDACTED | KTL | .40 | 182.00 |

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 01/20/17 | FOLLOW UP O/C AND EMAIL CORRESP RE REDACTED REDACTED *RVW FINAL REDACTE KL REDACTE AND BEGIN TO REDACTED REDACTED TAKE NOTE OF ALL ......REDACTED...... *IN REDACTED | KMG | 2.70 | 783.00 |
| 01/24/17 | REVIEW STATUS OF REDACTED FOR REDACTED AND EMAIL CLIENT RE; REDACT | KTL | .20 | 91.00 |
| 01/24/17 | FINALIZE REDACTED REDACTED REDACTED DETAIL EMAIL TO KL RE REDACTED REDACTED * | KMG | 1.70 | 493.00 |
| 01/25/17 | EMAIL CORRESPONDENCE K. LUNDY RE REDACTED REDACTED (.20 HRS - NO CHARGE) | MPM | .20 | 95.00 |
| 01/25/17 | TELEPHONE CALL W/ COURT RE: APPLICATION FOR REQUEST FOR CERTIFICATE OF DEFAULT AND REVISE CERTIFICATE OF DEFAULT AND EMAIL W/ M. MCCABE RE REDACTED | KTL | .60 | 273.00 |
| 01/26/17 | REVIEW ADDITIONAL SUBMISSION TO CLERK OF COURT FOR DEFAULT CERTIFICATE | MPM | .40 | 190.00 |
| 01/26/17 | EMAIL CORRESP RE KL RE REDACTED REDACTED W/ SEARCH ALURENT AND WILL CLARENT AS PARTIES. REDACTED | KMG | .30 | 87.00 |
| 01/27/17 | REVIEW AND ANALYZE RESEARCH RE: REDACTED REDACTED REDACTED AND REVIEW AND VERIFY REVISED REQUEST FOR CERTIFICATE OF DEFAULT AND SUBMISSION OF SAME. (.40 HRS - NO CHARGE) | KTL | .40 | 182.00 |
| 01/27/17 | FOLLOW UP EMAIL CORRESPONDENCE RE REDACTED | KMG | .20 | 58.00 |
| 01/30/17 | DRAFT M. MCCABE DECLARATION RE LIABILITY, ATTORNEYS' FEES AND DAMAGES; EMAIL CORRESPONDENCE E. LAMBERT RE REDACTED REDACTED TELEPHONE CONFERENCE K. LUNDY RE REDACTED | MPM | 1.20 | 570.00 |
| 01/31/17 | REVIEW SUMMARY OF CASE LAW RE REDACTED REVIEW LANHAM ACT RE REDACTED TELEPHONE CONFERENCE E. LAMBERT, K. LUNDY REDACTED CONFERENCE K. LUNDY RE REDACTED REDACTED | MPM | 1.10 | 522.50 |

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 01/31/17 | TELEPHONE CALL W/ M. MCCABE RE: STRATEGY REDACTED AND TELPHONE CALL W/ CLIENT RE: REDACTED AND REDACTED AND LEGAL RESEARCH REDACTED REDACTED AND EMAIL M. MCCABE RE: REDACTED | KTL | 2.50 | 1,137.50 |

|  | TOTAL SERVICES | $11,281.50 |
|---|---|---|
|  | LESS DISCOUNT | (647.00) |
|  | NET SERVICES | $10,634.50 |

| DISBURSEMENTS | VALUE |
|---|---|
| SEARCH | 408.30 |
| ATTORNEY SERVICES - CORPORATE SERVICE BUREAU - PROCESS SERVICE IN CA | 295.00 |
| TOTAL DISBURSEMENTS | $703.30 |

DISBURSEMENTS ARE COMPILED FROM THOSE POSTED ON OUR RECORDS TO THE END OF THE BILLING PERIOD. ANY DISBURSEMENTS APPLICABLE TO THIS PERIOD, BUT WHICH ARE SUBSEQUENTLY POSTED, WILL BE BILLED FOR SEPARATELY.

### SUMMARY

| | |
|---|---|
| CURRENT FEES | $11,281.50 |
| LESS DISCOUNT | (647.00) |
| CURRENT DISBURSEMENTS | $703.30 |
| CURRENT FEES AND DISBURSEMENTS | $11,337.80 |
| **TOTAL BALANCE DUE** | $11,337.80 |

PAYMENT DUE UPON RECEIPT

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 168334
FEBRUARY 7, 2017

FED. ID #13-1167100

## REMITTANCE ADVICE

CLIENT NUMBER: 86977.00003
ALURENT LITIGATION

|  |  |
|---|---|
|  | $11,281.50 |
| CURRENT FEES |  |
| LESS DISCOUNT | (647.00) |
| CURRENT DISBURSEMENTS | 703.30 |
|  | $11,337.80 |
| **TOTAL BALANCE DUE** |  |

KINDLY RETURN WITH REMITTANCE