# EXHIBIT A

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

BETH@HERBALIST.ALCHEMIST.COM

INVOICE: 168747
MARCH 2, 2017

FED. ID #13-1167100

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2017

    CLIENT NUMBER: 86977.00003
    ALURENT LITIGATION

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/17 | EMAIL CORRESPONDENCE K. LUNDY RE REDACTED | MPM | .20 | 95.00 |
| 02/01/17 | LEGAL RESEARCH RE: REDACTED | KTL | 3.20 | 1,456.00 |
| 02/02/17 | REDACTED (3.2 HRS - NO CHARGE) OFFICE CONFERENCE H. MINTZ RE SUBMITTING CERTIFICATE OF DEFAULT TO U.S.P.T.O.; EMAIL CORRESPONDENCE AND OFFICE CONFERENCE K. LUNDY RE CASE LAW AND STATUTES REDACTED | MPM | 1.60 | 760.00 |
| 02/02/17 | LEGAL RESEARCH RE: REDACTED ; AND DRAFT, REVIEW AND REVISE MEMORANDUM OF LAW. | KTL | 3.20 | 1,456.00 |
| 02/03/17 | REVISE MEMO OF LAW, MCCABE DECLARATION, PROPOSED DEFAULT JUDGMENT AND ORDER TO SHOW CAUSE; EMAIL CORRESPONDENCE K. LUNDY RE REDACTED ; EMAIL CORRESPONDENCE K. GRISSETT RE REDACTED | MPM | 2.20 | 1,045.00 |

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 02/03/17 | DRAFT, REVIEW AND REVISE MEMORANDUM OF LAW IN SUPPORT OF DEFAULT JUDGMENT AND DRAFT, REVIEW AND REVISE PROPOSED ORDER AND ORDER TO SHOW CAUSE. | KTL | 3.20 | 1,456.00 |
| 02/03/17 | RETRIEVE INVOICES AND REDACTED TO REDACTED FOLLOW UP EMAILS RE REDACTED | KMG | .20 | 58.00 |
| 02/06/17 | REVISE AND SEND MEMO OF LAW; PREPARED ORDER AND ORDER TO SHOW CAUSE REDACTED REDACTED REVISE MCCABE DECLARATION, LAMBERT AFFIDAVIT; TC J. LONG, SOLICITOR'S OFFICE RE COURT ORDER; DEFAULT JUDGMENT. | MPM | 2.30 | 1,092.50 |
| 02/07/17 | MARK REDACTED FOR SUBMISSION TO COURT. | MPM | .30 | 142.50 |
| 02/08/17 | EMAIL CORRESPONDENCE E. LAMBERT RE REDACTED REVISE REDACTION REDACTED | MPM | .30 | 142.50 |
| 02/08/17 | REVIEW, REDACT INVOICES REDACTED REDACTED ; FINALIZE SAME AND FORWARD VIA EMAIL AND HARD COPY; FOLLOW UP. | KMG | .80 | 232.00 |
| 02/09/17 | REVISE MCCABE AFFIDAVIT, MEMO OF LAW AND PROPOSED ORDER RE FEES AND COSTS; REVIEW REDACTED REDACTED | MPM | .90 | 427.50 |
| 02/10/17 | REVISE AND ADD AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENTS; EMAIL CORRESPONDENCE E. LAMBERT RE REDACTED ATTENTION TO EXHIBITS TO BE INCLUDED WITH MOTION | MPM | 1.20 | 570.00 |
| 02/13/17 | REVISE MEMO OF LAW, MCCABE AFFIDAVIT AND INVOICES; OFFICE CONFERENCES K. GRISSETT RE REDACTED (.80 HRS - NO CHARGE) | MPM | 1.20 | 570.00 |
| 02/13/17 | REVIEW, REVISE AND FINALIZE ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT REDACTED | KTL | 1.50 | 682.50 |
| 02/13/17 | O/C W/ M. MCCABE; RETRIEVE REDACTED EXHIBITS; REVISE OUTLINE REDACTED LIST REDACTED ASSIST W/ PREP AND FINAL ASSEMBLY OF DEFAULT PAPERS; CITE CHECK CERTAIN SECTIONS IN MEMO OF LAW; INSERT NOTES AND REVISIONS REDACTED RVW AND INSERT ADDITIONAL CITE REFERENCES; RVW AND PROOF TABLE OF CONTENTS AND TABLE OF AUTHORITIES; COORDINATE REDACTED REDACTED COPY, SCAN ASSEMBLE AND FORWARD TO K. LUNDY FOR FOLLOWING DAY COURT APPEARANCE. | KMG | 6.00 | 1,740.00 |

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| | (CREDIT $300) | | | |
| 02/14/17 | APPEAR FOR AND SUBMIT ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT. | KTL | 1.70 | 773.50 |
| 02/14/17 | PREP SCANS AND FORWARD ALL DEFAULT PAPERS VIA EMAIL REDACTED ; COORDINATE REDACTED FOR COPY SET TO BE FORWARDED REDACTED FOLLOW UP. REDACTED (.80 HRS - NO CHARGE) | KMG | .80 | 232.00 |
| 02/15/17 | DRAFT AND REVISE SUPPLEMENTAL LETTER OF PROTEST; OFFICE CONFERENCE H. MINTZ RE REDACTED REVIEW ORDER TO SHOW CAUSE SIGNED BY JUDGE; EMAIL CORRESPONDENCE E. LAMBERT RE REDACTED | MPM | 2.10 | 997.50 |
| 02/15/17 | REVIEW ORDER TO SHOW CAUSE AND EMAIL CLIENT RE: REDACTED EMAIL KG RE: REDACTED REDACTED | KTL | .20 | 91.00 |
| 02/15/17 | PREPARE AND FILE SUBSEQUENT LETTER OF PROTEST AGAINST REGISTRATION OF APPLICATION FOR HERBALCHEMIST TRADEMARK, INCLUDING PREPARATION OF ATTACHMENTS. | HM | .80 | 216.00 |
| 02/16/17 | REVISE AND FINALIZE SCANS FOR EFILE; EFILE OSC UNDERLYING DOCS AS NON-MOTION DOCS PER CLERK; EMAIL PROPOSED ORDER TO JUDGMENT CLERK AS PER RULES; PREP AND FINALIZE ADDITIONAL COPIES FOR SERVICE; SERVE PAPERS ALONG WITH OSC BY OVERNIGHT MAIL VIA FEDEX; PREP AFFIDAVIT OF SERVICE AND EFILE SAME; FOLLOW UP RE STATUS; UPDATE FILE. REDACTED | KMG | 1.60 | 464.00 |
| 02/17/17 | EMAIL CORRESP RE REDACTED | KMG | .20 | 58.00 |
| 02/21/17 | EMAIL CORRESPONDENCE WITH KC LUNDY RE: REDACTED | MPM | .20 | 95.00 |
| 02/23/17 | CREATE CHART REDACTED REDACTED REDACTED FOLLOW UP. | KMG | 1.00 | 290.00 |
| 02/24/17 | REVIEW CHART REDACTED REVISE SUPPLEMENTAL LETTERS TO FACEBOOK AND YOUTUBE; OFFICE CONFERENCE K. LUNDY RE REDACTED | MPM | 1.10 | 522.50 |
| 02/24/17 | DRAFT, REVIEW AND REVISE TAKEDOWN NOTICES TO FACEBOOK AND YOUTUBE AND S/C W/ M. MCCABE RE: REDACTED | KTL | 1.40 | 637.00 |
| 02/27/17 | FURTHER REVISION TO LETTERS TO FACEBOOK AND YOUTUBE | MPM | .20 | 95.00 |
| 02/27/17 | REVIEW AND REVISE TAKEDOWN NOTICES TO FACEBOOK AND YOUTUBE. | KTL | .20 | 91.00 |

```
HERBALIST & ALCHEMIST INC.                                      INVOICE NO.  168747
CLIENT NUMBER:  86977.00003                                     MARCH 2, 2017
                                                                PAGE     4
```

| DATE | SERVICES | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 02/28/17 | TELEPHONE CONFERENCE K. LUNDY RE MARCH 8 COURT HEARING. REDACTED ; REVIEW REVISED TAKE DOWN NOTICES | MPM | .70 | 332.50 |

|  |  |
|---|---|
| TOTAL SERVICES | $16,820.50 |
| LESS DISCOUNT | (2,649.00) |
| NET SERVICES | $14,171.50 |

| DISBURSEMENTS | VALUE |
|---|---|
| PHOTOCOPYING | 27.20 |
| BLOOMBERG SEARCH | 163.32 |
| FEDERAL EXPRESS | 115.18 |
| LEXIS | 122.10 |
| ATTORNEY SERVICES - SMITHWARD PROCESS SERVERS | 40.00 |
| TOTAL DISBURSEMENTS | $467.80 |

DISBURSEMENTS ARE COMPILED FROM THOSE POSTED ON OUR RECORDS TO THE END OF THE BILLING PERIOD. ANY DISBURSEMENTS APPLICABLE TO THIS PERIOD, BUT WHICH ARE SUBSEQUENTLY POSTED, WILL BE BILLED FOR SEPARATELY.

### SUMMARY

| | |
|---|---|
| CURRENT FEES | $16,820.50 |
| LESS DISCOUNT | (2,649.00) |
| CURRENT DISBURSEMENTS | 467.80 |
| CURRENT FEES AND DISBURSEMENTS | $14,639.30 |

**PAYMENT DUE UPON RECEIPT**



666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

HERBALIST & ALCHEMIST INC.
ATTN: BETH LAMBERT, CEO
51 SOUTH WANDLING AVE
WASHINGTON, NJ 07882

INVOICE: 168747
MARCH 2, 2017

BETH@HERBALIST.ALCHEMIST.COM

FED. ID #13-1167100

## REMITTANCE ADVICE

CLIENT NUMBER: 86977.00003
ALURENT LITIGATION

| | |
|---|---:|
| CURRENT FEES | $16,820.50 |
| LESS DISCOUNT | (2,649.00) |
| CURRENT DISBURSEMENTS | 467.80 |
| CURRENT FEES AND DISBURSEMENTS | $14,639.30 |

**KINDLY RETURN WITH REMITTANCE**