

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

New York • New Jersey

www.phillipsnizer.com

Janeen R. Hall
212-841-0567
JHall@phillipsnizer.com

July 24, 2017

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Herbalist & Alchemist, Inc. v. Alurent Products, Inc. and Will Clarent
             16-cv-9204 (ER)

Dear Judge Ramos,

      This Firm represents Plaintiff Herbalist & Alchemist, Inc. in the above-referenced matter. We write seeking clarification of your July 20, 2017 Order (the "Order") so that we may properly effectuate service. Your Order requires service by Federal Express; however, a few of the entities listed in the Order, namely, Supplement Police, Supplement Journal and CBDDiagnosis, do not appear to have physical addresses. Despite our diligent search, the only physical addresses that we can locate for these entities are in care of their respective domain hosts.

      We therefore seek guidance as to whether we should serve these entities by Federal Express at the addresses of their domain hosts, or in the alternative, we seek Your Honor's permission to serve these entities by email, or by Federal Express and email.

      We thank Your Honor for his attention to this matter.

                                  Respectfully submitted,

                                  PHILLIPS NIZER LLP

                                  /s:/ *Janeen R. Hall*
                                  Janeen R. Hall

1314889.1