UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HERBALIST & ALCHEMIST, INC.,

      Plaintiff,

  -against-

ALURENT PRODUCTS, INC. and WILL CLARENT,

      Defendants.
------------------------------------------------------------------X

16 Civ. 9204 (ER)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
           ) ss.:
COUNTY OF NEW YORK  )

  Kristine Grissett, being duly sworn, deposes and says:

  I am not a party to the action, am over 18 years and reside in the County of Middlesex, State of New Jersey.

  On the 24th day of July 2017, I served the **Order to Show Cause for Contempt for Violation of a Court Order and Permanent Injunction and to Enforce Compliance with Memorandum of Law in Support, Declaration of Monica P. McCabe in Support, Affidavit of Elizabeth Lambert in Support and Proposed Order** in the above-captioned matter, by causing a true copy thereof to be deposited, enclosed in a post-paid wrapper, for overnight delivery via Federal Express, addressed to the following:

Will Clarent
3565 South Las Vegas Blvd., Suite 392
Las Vegas, Nevada 89109

Enom
Legal Department
5808 Lake Washing Blvd, Suite 201
Kirkland, WA 98033

Namecheap.com
Namecheap, Inc.
4600 East Washington St., Suite 305
Phoenix, AZ 85034

Copyright Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210

Alurent Products, Inc.
6610 Camino Del Sol
Rancho Murieta, California 95683

GoDaddy.com, LLC
14455 N. Hayden Rd., Ste. 226
Scottsdale, AZ 85260 USA

Let's Encrypt
1 Letterman Drive, Suite D4700
San Francisco, CA 94129
c/o Legal Department

AT&T Headquarters
208 S. Akard St.
Dallas, TX 75202
Attn: Legal Department

1315235.1

| | |
|---|---|
| DMCA Complaints<br>YouTube (Google, Inc.)<br>901 Cherry Ave.<br>San Bruno, CA 94066 | NFnix, Inc.<br>3043 Alhambra Drive<br>Cameron Park, CA 95682 |
| Facebook<br>1601 Willow Road<br>Menlo Park, CA 94025<br>Attention: Legal Department | Groupon, Inc.<br>Attn: Copyright Agent<br>600 W. Chicago Ave.<br>Chicago, IL 60654 |
| Twitter, Inc.<br>c/o Legal Department<br>1355 Market Street, Suite 900<br>San Francisco, CA 94103 | IdWeeds c/o<br>Gloria M. Thomas<br>2867 Steve Hunt Road<br>Miami Springs, FL 33166 |

_____
Kristine Grissett

Sworn to before me this
26th day of July, 2017

_____
Notary Public

BARRIE MILLER
NOTARY PUBLIC, State of New York
No. 01MI6154745
Qualified in New York County
Commission Expires October 23, 2018

1315235.1