USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/31/17

NFinx, Inc.
3043 Alhambra Drive
Cameron Park, CA 95682

July 25, 2017

Monica McCabe
Phillips Nizer LLP
666 5th Ave
New York, NY 10103

Dear Ms McCabe:

Please be advised that we are in receipt of your voluminous FedEx package delivered today. While I have not had time to digest it in its entirety, it seems to me you are asking the courts to cancel our domain name (NFINX.COM) because of some trademark infringement regarding Herbalist & Alchemist/ Herbal Alchemist.

Please be advised that pursuant to your initial request to us several weeks ago, we removed all references to any Herbal Alchemist products from our website. NFinx is a marketplace showcasing many different brands and Herbal Alchemist was just one of those brands. We no longer do business with nor market and Herbal Alchemist products.

Furthermore, NFinx Inc. does not now, nor has it ever had any relationship with a Will Clarent.

We request that you immediately cease any attempts to cancel our domain as we have complied in full with your request.

Regards,

R. Moniz
President

cc: US District Court, Southern District of New York
via: USPS

Monica M. McCabe, Esq.
(mmcabe@phillipsnizer.com)
Janeen R. Hall, Esq.
(jhall@phillipsnizer.com)
Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103-0084
Tel: (212) 977-9700
Fax: (212) 262-5152
*Attorneys for Plaintiff Herbalist & Alchemist, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/20/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
HERBALIST & ALCHEMIST, INC.  :

                          Plaintiff,  :

           -against-  :

ALURENT PRODUCTS, INC. and WILL CLARENT,  :

                          Defendants.  :

-------------------------------------------------------------------- x

Civil No. 16-cv-9204 (ER)

**ORDER TO SHOW CAUSE FOR CONTEMPT FOR VIOLATION OF A COURT ORDER AND PERMANENT INJUNCTION AND TO ENFORCE COMPLIANCE**

Upon the Declaration of Monica P. McCabe dated July 6, 2017, the exhibits annexed thereto, the Affidavit of Elizabeth Lambert dated June 30, 2017, the exhibits annexed thereto, the accompanying Memorandum of Law, the Complaint, the Court's March 8, 2017 Order for Default Judgment, and all of the relevant papers and pleadings on file with the Court in this matter, it is:

**ORDERED** that the above-named Defendants, the domain name registrars for the websites that market, promote and sell Defendants' infringing products, Enom, Inc. ("Enom") and GoDaddy.com ("GoDaddy"), the domain host, Namecheap.com ("Namecheap"), the issuer of their SSL Certificate, Let's Encrypt (through Internet Security Research Group) ("LE"), and Defendants' third party agents Facebook, Amazon, Twitter, Idweeds, Groupon, CBDDiagnosis, Supplement Police, Supplement Journal, Nfinx, Inc., YouTube and AT&T (collectively, "Third Party Agents") show cause before this Court, at Courtroom 619, United States Courthouse, 40

1306663.3

Nflnx, Inc.
3043 Alhambra Drive
Cameron Park, CA 95682

RECEIVED
JUL 31 2017
CLERK'S OFFICE
S.D.N.Y.

Ruby J. Krajick
Clerk of Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

10007-131699

SACRAMENTO CA 957
26 JUL 2017 PM 5 L

USPS P3
SDNY

