AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Herbalist & Alchemist, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cv-9204 (ER) |
| Alurent Products, Inc. and Will Clarent | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Twitter, Inc.                                                                 .

Date: 08/07/2017

/s/ Randi W. Singer
*Attorney's signature*

Randi W. Singer (RS6342)
*Printed name and bar number*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Address*

randi.singer@weil.com
*E-mail address*

(212) 310-8000
*Telephone number*

(212) 310-8007
*FAX number*