UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x
HERBALIST & ALCHEMIST, INC.,                                  :
                                                              :
                            Plaintiff,    :
                                                              :
                 v.                         :       1:16-cv-09204-ER
                                                              :
ALURENT PRODUCTS, INC. and WILL CLARENT,                      :
                                                              :
                           Defendants.    :
                                                              :
------------------------------------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT OF NON-PARTY TWITTER, INC.

      Pursuant to Federal Rule of Civil Procedure 7.1, non-party Twitter, Inc. ("Twitter") certifies that it has no parent corporation and that no publicly-held corporation owns a 10% or greater interest in Twitter.

Dated: August 7, 2017
       New York, New York

                                                      */s/* Randi W. Singer
                                                      Randi W. Singer, Esq.
                                                      Sarah Ryu, Esq.
                                                      WEIL, GOTSHAL & MANGES LLP
                                                      767 Fifth Avenue
                                                      New York, New York 10153
                                                      Telephone: (212) 310-8000
                                                      Facsimile: (212) 310-8007
                                                      randi.singer@weil.com
                                                      sarah.ryu@weil.com
                                                      *Attorneys for Non-Party Twitter, Inc.*