UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBALIST & ALCHEMIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALURENT PRODUCTS, INC. and WILL CLARENT, <br><br> Defendants. | Case No. 1:16-cv-09204 (ER) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Margret M. Caruso of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 555 Twin Dolphin Drive, 5th Floor, Redwood City, CA 94065, hereby appears on behalf of non-party YouTube, LLC, in the above-captioned matter.

I hereby certify that I admitted to practice before this Court.

DATED: Redwood City, California
August 7, 2017

/s/ *Margret M. Caruso*
Margret M. Caruso
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood City, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: margretcaruso@quinnemanuel.com

*Attorneys for YouTube, LLC*