UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBALIST & ALCHEMIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALURENT PRODUCTS, INC. and WILL CLARENT, <br><br> Defendants. | Case No. 1:16-cv-09204 (ER) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Cory D. Struble of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, New York, 10010, hereby appears on behalf of non-party YouTube, LLC, in the above-captioned matter.

I hereby certify that I admitted to practice before this Court.

DATED:   New York, New York
         August 7, 2017

/s/ *Cory D. Struble*
Cory D. Struble
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: corystruble@quinnemanuel.com

*Attorneys for YouTube, LLC*