UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBALIST & ALCHEMIST, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>ALURENT PRODUCTS, INC. and WILL CLARENT,<br><br>       Defendants. | Case No. 16-cv-09204 (ER)<br><br>**Rule 7.1 Statement** |

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for YouTube, LLC ("YouTube") states that YouTube is a wholly owned-subsidiary of Google Inc. ("Google"), which is a wholly-owned subsidiary of Alphabet Inc. ("Alphabet").  Alphabet has no parent corporation and no publicly held corporation owns 10% or more of its stock.


DATED:  Redwood Shores, California
      August 7, 2017

                 QUINN EMANUEL URQUHART
                 & SULLIVAN, LLP


                 */s/ Margret Caruso*
                 Margret Caruso
                 Email: margretcaruso@quinnemanuel.com

                 555 Twin Dolphin Drive, 5th Floor
                 Redwood Shores, California 94065
                 Telephone: (650) 801-5000
                 Facsimile: (650) 801-5100

                 *Attorneys for YouTube*