UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBALIST & ALCHEMIST, INC, <br><br> Plaintiff, <br><br> v. <br><br> ALURENT PRODUCTS, INC. and WILL CLARENT, <br><br> Defendant. | Civ. Action No. 16-cv-9204 (ER) <br><br> **FACEBOOK INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nonparty Facebook, Inc. ("Facebook") states that it has no parent corporation and that, to its knowledge, no publicly held corporation owns 10% or more of its stock as of the date of Facebook's April 14, 2017 Proxy Statement.

Dated: August 7, 2017

/s/ Ross E. Firsenbaum
Ross E. Firsenbaum
Omar Khan
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
Seven World Trade Center
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
Ross.Firsenbaum@wilmerhale.com
Omar.Khan@wilmerhale.com

- and -

Paven Malhotra (*pro hac vice* forthcoming)
Briggs Matheson (*pro hac vice* forthcoming)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400
Fax: (415) 397-7188
PMalhotra@keker.com
BMatheson@keker.com

*Attorneys for Nonparty FACEBOOK, INC.*