UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBALIST & ALCHEMIST, INC.<br>      Plaintiff,<br>v.<br><br>ALURENT PRODUCTS, INC. and WILL CLARENT,<br>      Defenants. | Civil No. 16-CV-9204 (ER)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Let's Encrypt.  Let's Encrypt is not a party to this litigation.  All notices given or required to be given, and copies of all papers in this action, should hereinafter be served upon the undersigned as follows:

>  warren@law.stramiello.net
> Stramiello Law Firm
> 5 Masefield Lane
> Hartsdale, NY 10530
> (678) 619-1337
> Attn: Warren Stramiello, Esq.

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc., at the e-mail address listed above.

Dated: Hartsdale, New York
       August 7, 2017

STRAMIELLO LAW FIRM

By: /s:/ Warren Stramiello
5 Masefield Lane
Hartsdale, New York 10530
(678) 619-1337

*Attorney for non-party Let's Encrypt*