**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HERBALIST & ALCHEMIST, INC.

                  Plaintiff,

v.

ALURENT PRODUCTS, INC. and WILL CLARENT,

             Defendants.

16-CIV-09204 (ER)

***LET'S ENCRYPT'S***
***CORPORATE DISCLOSURE***
***STATEMENT***

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nonparty Internet Security Research Group, d/b/a Let's Encrypt, states that it has no parent corporation and that, to its knowledge, no publicly held corporation owns 10% or more of its stock as of this date.

Dated: August 7, 2017
       New York, NY

**Stramiello Law Firm**

/s/ Warren A. Stramiello
(warren@law.stramiello.net)
5 Masefield Lane
Hartsdale, NY 10530
Tel: (678) 619-1337
Fax: (415) 423-3571

**Ridder, Costa & Johnstone LLP**
Chris K. Ridder
CA Bar No. 218691 (pro hac vice pending)
(chris@rcjlawgroup.com)
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

1

*Attorneys for Non-Party Internet Security*
*Research Group, dba Let's Encrypt*