# EXHIBIT A

# Josh Aas

1312 W 32nd St Apt 204, Minneapolis, MN 55408 • (215) 206 2020 • josh@kflag.net

Roles

### INTERNET SECURITY RESEARCH GROUP (ISRG), MOUNTAIN VIEW, CA

*Executive Director (May 2013 - Present)*

Founded a consortium of leading tech companies (including Cisco, Mozilla, Akamai, Electronic Frontier Foundation, IdenTrust and Automattic) in order to reduce financial, technological, and educational barriers to secure communication over the Internet. Primary initiative is Let's Encrypt, an innovative new Certificate Authority ("CA"). Responsibilities include engineering leadership, CAB/F Baseline Requirements and WebTrust compliance, financial management, partner management, board management.

### MACALESTER COLLEGE, MINNEAPOLIS, MN

*Visiting Instructor, Department of Math, Computer Science, and Statistics (January 2016 – May 2016)*

Taught Operating Systems, primarily focused on Linux kernel internals.

### MOZILLA CORPORATION, MOUNTAIN VIEW, CA

*Senior Technology Strategist, Platform Engineering (February 2013 – October 2016)*

Development and execution of technical strategies as part of Mozilla's platform engineering group, with a focus on networking and security. Activities include internal organizational and technical work, contributions to Web standards processes, and creating and maintaining partnerships.

### MOZILLA CORPORATION, MOUNTAIN VIEW, CA

*Engineering Manager, Networking Group (May 2011 - February 2013)*

Manager of Mozilla's networking group. Focused on HTTP, SSL/TLS, caching, and emerging technologies, with the goal of improving security, performance, and responsiveness. Also leading collaborations with other companies.

### MOZILLA CORPORATION, MOUNTAIN VIEW, CA

*Senior Software Engineer (February 2005 – May 2011)*

Worked on Firefox and the Gecko rendering engine. Helping to design and implement the next generation of web technologies that will appear in Firefox. Maintainer of two major Mozilla components, cross-platform plugins and the Mac OS X port. Lead the effort to rewrite Mozilla's Mac OS X port, focusing on transitions to Apple's Cocoa API and 64-bit. Lead the NPAPI specification and standardization effort among browser and plugin vendors including Adobe, Google, Apple, Microsoft, and Oracle.

### SILICON GRAPHICS, INC. (SGI), EAGAN, MN

*Linux System Software Developer (June 2004 – February 2005)*

Worked in SGI's Linux System Software group solving various problems in the Linux 2.6 kernel and core OS utilities. Worked on scalability issues with massively-multiprocessor NUMA supercomputers. Worked closely with group members, SuSE, Red Hat, and the Linux community. Worked on NASA's Project Columbia as a defense contractor. The Columbia supercomputer took the #2 spot on the TOP500 supercomputing sites list in November 2004.

**INDEPENDENT SOFTWARE DEVELOPER, ST. PAUL, MN**
*Mac OS X Applications Developer (July 2002 – June 2004)*
Designed and implemented a number of Mac OS X applications. Made licensing deal with Aladdin Systems, Inc. for retail distribution in Q1 2004.

Board Experience

**INTERNET SECURITY RESEARCH GROUP (ISRG), MOUNTAIN VIEW, CA**
*Chair, Board of Directors (May 2013 – Present)*
Responsibilities include organizing and presiding over ISRG's board meetings, communicating on behalf of the board, keeping board members informed, building and maintaining relationships with organizations represented on the board, coordinating legal efforts.

**FAMILY TREE CLINIC, ST. PAUL, MN**
*Board of Directors, Finance Committee (September 2013 – Present)*
Family Tree Clinic is a community healthcare provider serving thousands of patients annually from around the Twin Cities Metro Area.

**Pioneers of the Inevitable (POTI), San Francisco, CA**
*Board of Advisors (February 2006 – July 2008)*
Advised POTI management, primarily regarding engineering processes and prioritization.

Education

**MACALESTER COLLEGE, ST. PAUL, MN**
*B.A. Computer Science, B.A. English Literature (September 2001 - May 2005)*