

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

New York • New Jersey

www.phillipsnizer.com

August 18, 2017

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **Letter Response to Let's Encrypt**
           *Herbalist & Alchemist, Inc. v. Alurent Products, Inc. et. al.*
           **16-CV-9204 (ER)**

Dear Judge Ramos:

    As counsel to Plaintiff Herbalist & Alchemist, Inc. ("Herbalist" or "Plaintiff") in the above-referenced action ("Herbalist"), we write with respect to its requested relief against YouTube, LLC.

    Plaintiff hereby withdraws its request for relief against YouTube, LLC, which has removed the videos that were the subject of Plaintiff's application pursuant to YouTube's policies.

                                    Respectfully submitted,

                                    PHILLIPS NIZER LLP

                                    /s:/ *Monica P. McCabe*
                                    Monica P. McCabe

cc: Margret Caruso (e-mail)
    Janeen Hall, Esq.