```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 8/30/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERBALIST & ALCHEMIST, INC.

                Plaintiff,

v.

ALURENT PRODUCTS, INC. and WILL CLARENT,

                Defendants.

16-CV-9204 (ER)

## [PROPOSED] STIPULATED ORDER TO EXTEND BRIEFING

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the briefing schedule for Let's Encrypt's Motion for Costs and Fees shall be extended as follows:

|  | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Let's Encrypt's Motion for Costs and Fees | September 1, 2017 | September 15, 2017 |
| Plaintiff's Opposition | September 15, 2017 | September 29, 2017 |
| Let's Encrypt's Reply | September 22, 2017 | October 6, 2017 |

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and electronic or facsimile signatures shall have the same force and effect as originals.

STRAMIELLO LAW FIRM

By: /s/ Warren Stramiello
Warren Stramiello
5 Masefield Lane
Hartdale, New York 10530
(678) 619-1337
*Attorneys for non-party Let's Encrypt*

PHILLIPS NIZER LLP

By: /s/ Monica Petraglia McCabe
Monica Petraglia McCabe
Janeen R. Hall
666 Fifth Avenue
New York, New York 10103
*Attorneys for Plaintiff*

2

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: __8/30/2017__
New York, New York