

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

New York • New Jersey

www.phillipsnizer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/29/2017

September 28, 2017

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The application is ✓ granted
> ___ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 9/29/2017
> New York, New York

Re:  **Joint Request for Extension of Time**
*Herbalist & Alchemist, Inc. v. Alurent Products, Inc., et al.*
**16-CV-9204 (ER)**

Dear Judge Ramos:

Plaintiff Herbalist & Alchemist, Inc. ("Plaintiff") and non-party Let's Encrypt ("Let's Encrypt") jointly submit this request to extend the briefing schedule for Let's Encrypt's motion for fees and costs, currently set to be filed on September 29, 2017. Plaintiff and Let's Encrypt are continuing to engage in fruitful settlement negotiations, and therefore ask that the Court grant a further extension of three weeks to allow briefing of the above-referenced motion. Plaintiff and Let's Encrypt do not anticipate needing any further extensions.

Pursuant to Your Honor's Individual Rules and Practices, a Proposed Stipulated Order has been sent to the Judgment's Clerk.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

PHILLIPS NIZER LLP

*/s/Janeen R. Hall*

cc: Warren Stramiello, Esq., (via email and ECF)
Christopher K. Ridder, Esq. (via email and ECF)