Monica Petraglia McCabe
(mmccabe@phillipsnizer.com)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
Tel: (212) 977-9700
Fax: (212) 262-5152
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
HERBALIST & ALCHEMIST, INC.          :
                                     :
                          Plaintiff, :
                                     :
           - against -               :
                                     :     **NOTICE OF MOTION**
ALURENT PRODUCTS, INC. and WILL CLAREN, :
                                     :     Civil No. 16-cv-9204 - ER
                                     :
                         Defendants. :
                                     :
---------------------------------------------------------------------- x

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Monica P. McCabe, dated February 22, 2018, and the exhibits annexed thereto, the Declaration of Elizabeth Lambert, dated February 20, 2018, and the exhibits annexed thereto, and on all other pleadings and proceedings had herein, Plaintiff Herbalist & Alchemist, Inc. ("Plaintiff"), by and through its counsel, Phillips Nizer LLP, hereby moves this Court before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, Courtroom 619, New York, New York 10007, for an Order granting Plaintiff's Motion for Attorneys' Fees, Costs, and Additional

1352307.2

Sanctions in the amount of $169,990.28, pursuant to Rules 64 and 70(e) of the Federal Rules of Civil Procedure, and for other further relief as the Court deems just and proper.

DATED: New York, New York
February 22, 2018

PHILLIPS NIZER LLP
Attorneys for Plaintiff

By: /s/ Monica P. McCabe
Monica P. McCabe
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700