UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HERBALIST & ALCHEMIST, INC.,

                Plaintiff,

       -against-

ALURENT PRODUCTS, INC. and WILL CLAREN,

                Defendants.
-------------------------------------------------------------X

16 Civ. 9204 (ER)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

    Bonnie Menicucci, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years and reside in the County of Richmond, State of New York.

    On the 26th day of February, I served the **NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, AND ADDITIONAL SANCTIONS, MEMORANDUM OF LAW IN SUPPORT OF MOTION, DECLARATION OF ELIZABETH LAMBERT AND EXHIBITS, DECLARATION OF MONICA M. MCCABE AND EXHIBIT and PROPOSED ORDER** in the above-captioned matter, by causing a true copy thereof to be deposited, enclosed in a post-paid wrapper, by first class mail, addressed to the following:

Will Claren
3565 South Las Vegas Blvd., Suite 392
Las Vegas, Nevada 89109

Alurent Products, Inc.
Zachary David Weiner
Agent for Service of Process
7443 Murieta Drive
Rancho Murieta, CA 95683

                                                           _____
                                                           Bonnie Menicucci

Sworn to before me this
27th day of February, 2018

_____
Notary Public

MONICA PETRAGLIA McCABE
Notary Public, State of New York
No. 02MC4993320
Qualified in Richmond County
Commission Expires March 16, 2018

1315235.4