UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

Herbalist & Alchemist, Inc.

            Plaintiff,

    -against-

Alurent Products, Inc.

            Defendant.

------------------------------------------------------

Case No. 1:16-cv-09204-ER

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

    Monica Petraglia McCabe
    FILL IN ATTORNEY NAME

My SDNY Bar Number is: MM5853    My State Bar Number is 2047140

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: PHILLIPS NIZER LLP
                FIRM ADDRESS: 666 FIFTH AVENUE, NEW YORK, NY 10103
                FIRM TELEPHONE NUMBER: (212) 977-9700
                FIRM FAX NUMBER: (212) 262-5152

NEW FIRM:    FIRM NAME: PHILLIPS NIZER LLP
                FIRM ADDRESS: 485 LEXINGTON AVENUE, NEW YORK, NY 10017
                FIRM TELEPHONE NUMBER: (212) 977-9700
                FIRM FAX NUMBER: (212) 262-5152

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 02/27/18                S/ MONICA MCCABE
                                    ATTORNEY'S SIGNATURE