UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERBALIST & ALCHEMIST, INC.,

          Plaintiff,

– against –

ALURENT PRODUCTS, INC. *and*
WILL CLARENT *a/k/a* Will Claren,

          Defendants.

**ORDER**

16 Civ. 9204 (ER)

RAMOS, D.J.:

      On March 28, 2017, this Court issued a default judgment against the defendants in this case.  Doc. 28.  On May 4, 2017, this case was reopened at the request of the plaintiff.  Doc. 32.  On January 9, 2018, the Court issued an Order holding Claren in civil contempt.  Doc. 99.  Finally, on July 5, 2018, the Court granted in part and denied in part the plaintiff's motion for attorneys' fees.  Doc. 107.  No action has occurred in this case since that time.  Accordingly, the Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:   September 29, 2020
           New York, New York

                                            EDGARDO RAMOS, U.S.D.J.